FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0451

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MARY-ANN YOUNG and AUTUMN YOUNG,<br><br>Appellants,<br><br>vs.<br><br>HAMMER, HEWITT, JACOBS & FLOCH, PLLC; HAMMER, QUINN & SHAW, PLLC and JOHN DOES 1-10,<br><br>Appellee. | Supreme Court Cause No. DA 20-0451<br><br><br>ORDER GRANTING APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee Hammer, Hewitt, Jacobs & Floch, PLLC, n/k/a Hammer, Quinn & Shaw, PLLC ("HHJF") is granted its first thirty-day extension of time through and including **April 13, 2021**, within which to file Appellee's Answer Brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

ORDER

Page **1** of **1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 2 2021